Ⓐ

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>CHIEF OF CRIMINAL APPEALS<br>ILLINOIS ATTORNEY GENERAL'S OFFICE<br>100 WEST RANDOLPH-12TH FLOOR<br>CHICAGO, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>**RECEIVED**<br>FEB 0 4 2008<br>Office Of The Attorney General<br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 3613 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

08CV615

**FILED**

FEB 1 2 2008   YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT