IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. DAVID WOOD, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 615 |
| ANDREW OTT, Acting Warden, | ) ) | The Honorable Robert M. Dow, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

**To:**  David Wood, No. K95302
Graham Correctional Center,
P.O. Box 499
Hillsboro, IL 62049

On Thursday, March 20, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge Robert M. Dow, in Room 1919, or any judge sitting in her stead in the courtroom usually occupied by him, at 219 South Dearborn Street, Chicago, Illinois, and present the attached MOTION TO DISMISS THE PETITION FOR WRIT OF HABEAS CORPUS AS TIME-BARRED.

            LISA MADIGAN
Attorney General of Illinois

By:    s/Russell K. Benton_____
        RUSSELL K. BENTON, Bar # 6203142
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        PHONE: (312) 814-2113
        FAX: (312) 814-5166
        E-MAIL: Rbenton@atg.state.il.us

Case 1:08-cv-00615    Document 8    Filed 03/11/2008    Page 2 of 2