# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

David Wood

            Plaintiff,

v.

Andrew K. Ott

            Defendant.

Case No.: 1:08−cv−00615
Honorable Robert M. Dow Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr:Respondent's motion to dismiss [7] petition for writ of habeas corpus as time barred is entered. Petitioner is given until 4/21/08 in which to respond to the motion. Respondent is given until 5/5/08 in which to file a reply, if any. The Court will rule by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.