APR 2 1 2008
FILED
APR 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
_Northern_ DISTRICT OF ILLINOIS

_David Wood_,

    Plaintiff,

v.

_Andrew K. Ott, Acting Warden,_

    Defendant(s).

CASE NO: _08 C 0615_

_The Honorable Robert M. Dow, Judge Presiding_

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

NOW COMES Plaintiff, _David Wood_, pro se, and respectfully moves the Court for Enlargement of Time pursuant to the provisions of F.R.C.P. 6(b), granting him an additional ~~thirty (30)~~ _sixty (60)_ days time in which to respond to the most recent pleading filed by Defendant(s). In support of this Motion, Plaintiff states as follows:

1. I am the Plaintiff in the above captioned case.

2. I am a prisoner committed to the custody of the Illinois Department of Corrections at the Graham Correctional Center, in the custody of the Warden, Mr. _Andrew K. Ott_.

3. I am not represented by an attorney in this case.

4. Defendant(s) served a legal paper entitled _Motion To Dismiss As Time-Barred Petitioner's Petition For Writ of Habeas Corpus_, which was received by me on the _21st_ day of the month of _March_, _2008_.

5. I have been unable to make the necessary investigation and research in order to prepare and file the proper response, on or before the due date herein, which is _April 21_, _2008_, because:

   (a) _the Law Library here at Graham Correctional Center has only been open to the inmate population, exclusively by Staff issued call pass, once per week, for a maximum of three (3) hours. (See attached Affidavit). This restriction has kept me from being able to adequately research and challenge the Defendant's argument in their Motion To Dismiss._

(b) According to 735 ILCS 5/2-1007 (Extension of time and continuances), I plead that good cause has been shown to be granted an extension of time to respond to Defendant's Motion To Dismiss. Additionally, in accordance to Supreme Court Rule 183, good cause has been shown for an extension of time. I am without counsel to represent me and I am not that well versed in the law and legal procedures

WHEREFORE, I respectfully request an extension of ~~thirty~~ Sixty (60) ~~(30)~~ days from this date to and including the new deadline date of June 20, 2008, within which to file my response to Defendant(s) Motion To Dismiss.

Respectfully submitted,

/s/ David P. Wood
David P. Wood
Plaintiff, pro se
Box 499, Reg.No.: K95302
Graham Correctional Center
Hillsboro, IL  62049

Dated: April 16, 2008

### AFFIDAVIT

I declare under penalty of perjury that I am the Plaintiff in the above action, that I have read the above Motion for Enlargement of Time, and that the information contained therein is true and correct.  28 U.S.C.§1746; 18 U.S.C.§1621.

Signed this 16th day of April, 2008.

/s/ David P. Wood - K95302   - AFFIANT
David P. Wood
Plaintiff, pro se

-2-

CASE NUMBER: 08 C 0615

## DECLARATION
### NOTICE OF FILING & PROOF OF SERVICE

I, David Wood, Petitioner, have prepared this Declaration in accordance with the provisions of FRAP 25(a)(2)(C) [Inmate Filing], FRAP 25(d) [Proof of Service], 28 U.S.C. §1746 [Unsworn Declarations Under Penalty of Perjury], and 18 U.S.C. §1621 [Perjury Generally].

NOTICE OF FILING is hereby given to the following parties:

TO: Clerk of the Court
Prisoner Correspondence
U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

TO: Chief, Criminal Appeals Division
Office of the Attorney General
100 West Randolph Street
12th Floor
Chicago, IL 60601

TO:

TO:

PLEASE TAKE NOTICE that on the date shown below I have filed the original and 2 copies of the documents listed hereafter with the above Court, and served one copy on the parties (or counsel) at their respective addresses listed above. The documents mailed are as follows:

1. Plaintiff's Motion For Enlargement Of Time
2. Statement Of Affidavit
3.
4.
5.
6.

### PROOF OF SERVICE

Service was accomplished by placing the above documents in envelopes addressed as shown herein, and then placing said envelopes in the U.S. Mail service at the Graham Correctional Center, Hillsboro, IL, 62049. An authorization conforming to Illinois Department of Corrections regulations for the pre-payment of first-class postage was attached to the aforesaid legal envelopes. Said envelopes and the authorization were deposited in the institution's mailing system for outgoing legal mail on the 16th day of April, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Subscribed to and sworn to before me on this 16 day of April, 2008

_____
NOTARY PUBLIC

David P. Wood
Box ___, Reg.No. K95302
Graham Correctional Center
Hillsboro, IL 62049

OFFICIAL SEAL
Julie Ussery
Notary Public - State of Illinois
Commission Expires 09/28/2011

STATE OF ILLINOIS )
) ss.
COUNTY OF MONTGOMERY )

## AFFIDAVIT

I, David Wood, being first duly sworn upon oath, certify that the statements set forth below are true and correct in both substance and in fact to the best of my personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

Since the departure of the Graham Correctional Center's Librarian, Theresa Casteel, which was on or about APRIL 1st, 2007, the Law Library is only open to inmate population, once per week, and by Staff issued call pass, for a maximum of three(3) hours.

As of this date, this continues to be the maximum amount of time, per inmate, for Law Library access to legal materials, copies, and notary. Further Affiant says not.

Subscribed and sworn to before me
this 2nd day of APRIL, 2008.

/s/ David P. Wood
AFFIANT

David Wood, pro se
Box 499, Reg. # K95302
Graham Correctional Center
Hillsboro, Illinois 62049-0499

_Gary D. Perkins_
NOTARY PUBLIC

"OFFICIAL SEAL"
Gary D. Perkins
Notary Public, State of Illinois
My Commission Exp. 04/02/2008