UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

David Wood
        Plaintiff,

v.                                   Case No.: 1:08−cv−00615
                                        Honorable Robert M. Dow Jr.

Andrew K. Ott
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

      MINUTE entry before Judge Honorable Robert M. Dow, Jr: Petitioner's Motion for extension of time [11] in which to respond to Respondent's motion to dismiss is granted and time extended to 6/20/08. Respondent is given until 7/11/08 in which to file a reply, if any. The Court will rule by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.