CASE NUMBER: 08 C 0615

## DECLARATION
### NOTICE OF FILING & PROOF OF SERVICE

I, David Wood, Petitioner, have prepared this Declaration in accordance with the provisions of FRAP 25(a)(2)(C) [Inmate Filing], FRAP 25(d) [Proof of Service], 28 U.S.C. §1746 [Unsworn Declarations Under Penalty of Perjury], and 18 U.S.C. §1621 [Perjury Generally].

NOTICE OF FILING is hereby given to the following parties:

TO: Clerk of the Court
Prisoner Correspondence
U.S. District Court
219 South Dearborn Street
Chicago, IL 60604

TO: Chief, Criminal Appeals Division
Office of the Attorney General
100 West Randolph Street
12th Floor
Chicago, IL 60601

TO:

**FILED**
JUN 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on the date shown below I have filed the original and 2 copies of the documents listed hereafter with the above Court, and served one copy on the parties (or counsel) at their respective addresses listed above. The documents mailed are as follows:

1. Reply Opposing Defendant's Motion To Dismiss
2.
3.
4.
5.
6.

### PROOF OF SERVICE

Service was accomplished by placing the above documents in envelopes addressed as shown herein, and then placing said envelopes in the U.S. Mail service at the Graham Correctional Center, Hillsboro, IL, 62049. An authorization conforming to Illinois Department of Corrections regulations for the pre-payment of first-class postage was attached to the aforesaid legal envelopes. Said envelopes and the authorization were deposited in the institution's mailing system for outgoing legal mail on the 18th day of June, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Subscribed and sworn to before me this 18th day of June 2008.

/s/ David Wood

Box 499, Reg. No. K95302
Graham Correctional Center
Hillsboro, IL 62049

**OFFICIAL SEAL**
**GARY D. PERKINS**
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 5-21-12

Gary D. Perkins